**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| CHIRAG MODY, Derivatively on Behalf of DZS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHARLES D. VOGT, MATT BROSS, JOON KYUNG KIM, BARBARA CARBONE, CHOON YUL YOO, DAVID R. SCHOPP, MIN WOO NAM, and MISTY KAWECKI,<br><br>Defendants,<br><br>and<br><br>DZS, INC.,<br><br>Nominal Defendant. | Case No: 4:24-cv-00917 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE COMPLAINT UNDER SEAL**

The Court has received Plaintiff's Motion to File Complaint Under Seal (the "Motion").

Having considered Plaintiff's Motion, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED and Plaintiff's Verified Shareholder Derivative Complaint ("Complaint") filed concurrently herewith is sealed. The unredacted version of the Complaint shall remain under seal.